UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIMBERLEY A. MCQUEARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-01869-JRS-DML |
| ) | |
| PHILLIP D. MCQUEARY, ) | |
| ) | |
| Defendant. ) | |

## Report and Recommendation to Dismiss Complaint without Prejudice

On March 6, 2020, the court issued an order to show cause to the plaintiff, Kimberly A. McQueary (Dkt. 9). Ms. McQueary was ordered to show cause by March 27, 2020, why this case should not be dismissed without prejudice for failure to prosecute. The order to show cause warned that "failure to adequately show cause will result in a report and recommendation that this case be dismissed." Ms. McQueary did not respond to the order to show cause.

Because of Ms. McQueary's failure to comply with the court's order and her failure to prosecute her claims, the Magistrate Judge recommends to the District Judge that the complaint be DISMISSED WITHOUT PREJUDICE. Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

IT IS SO RECOMMENDED.

Date: 4/1/2020

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

KIMBERLEY A. MCQUEARY
3823 Tamiami Trail East
#105
Naples, FL 34112

PHILLIP D. MCQUEARY
498 W. McKeever St.
Andrews, IN 46702