UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KIMBERLEY A. MCQUEARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-01869-JRS-DML |
| | ) | |
| PHILLIP D. MCQUEARY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On April 1, 2020, the Magistrate Judge submitted her Report and Recommendation to Dismiss Complaint (ECF No. 10). The Court, having considered the Magistrate Judge's Report and Recommendation to Dismiss Complaint, hereby adopts the Magistrate Judge's Report and Recommendation. This matter is DIMISSED WITHOUT PREJUDICE and judgment shall be entered accordingly.

Date: 4/20/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

KIMBERLEY A. MCQUEARY
3823 Tamiami Trail East
#105
Naples, FL 34112

–1–